IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SATILLA HEALTH SERVICES, INC. d/b/a SATILLA REGIONAL MEDICAL CENTER,<br><br>         Plaintiffs,<br><br>         v.<br><br>ELAP, INC., THE LANGDALE COMPANY, and TLC BENEFIT SOLUTIONS, INC.,<br><br>         Defendants. | Civil Action No. 7:11-cv-9 (HL) |

### ORDER

When reviewing an ERISA case, the Court is "limited to the record that was before [the administrator] when it made its decision." Glazer v. Reliance Standard Life Ins., 524 F.3d 1241, 1247 (11th Cir. 2008). Thus, as the Court undertakes a full review this case, it is necessary to understand what documents were examined by Defendants in making the benefits determination.

Defendants are ordered to submit the administrative record that was available to TLC Benefit Solutions, Inc. when it made its original benefits determination, as well as any additional information that was submitted for purposes of the two appeals made to ELAP, Inc. The full administrative record is to be submitted to the Court no later than Thursday, June 21, 2012. Plaintiffs will have until Tuesday, June 26, 2012 to object to the administrative record as

submitted by Defendants. If there is no response by June 26, 2012, the Court will assume there are no objections and will proceed with its review of the case based on the administrative record submitted by Defendants.

**SO ORDERED**, this 14th day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr